# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO AMADOR CARRANZA, | Case No.: 1:18-cv-1394 - JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 13) |
| Defendant. | |

On May 6, 2019, Plaintiff filed a stipulation of the parties for an extension of time for the filing of the opening brief. (Doc. 13) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

1. The request for an extension of time (Doc. 13) is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **July 5, 2019**.

IT IS SO ORDERED.

Dated: **May 22, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE