# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CARRANZA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:18-cv-01394 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF GUILLERMO CARRANZA AND AGAINST DEFENDANT, THE COMMISSIONER OF SOCIAL SECURITY |

On July 31, 2019, Plaintiff and the Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's Social Security appeal, for "the Commissioner [to] conduct any necessary further proceedings and issue a new decision. (Doc. 16 at 1) Further, the parties stipulated for the matter to be remanded under sentence four of 42 U.S.C. § 405(g), and request final judgment be entered in favor of Plaintiff. (*Id.* at 1-2) Based upon the stipulation of the parties, the Court **ORDERS**:

1. The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Guillermo Carranza against Defendant, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **August 1, 2019**       **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE