**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO CARRANZA, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:18-cv-1394 - JLT <br><br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT <br><br> (Doc. 19) |

Guillermo Carranza and the Commissioner of Social Security stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 19) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $5,950.00 are **AWARDED** to Guillermo Carranza.

IT IS SO ORDERED.

Dated: **October 11, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE